# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RONALD ROBINSON,** | ) |
| Plaintiff, | ) Civil Action No. 10-573 (PGS/ES) |
| v. | ) |
| **EXPERIAN INFORMATION SOLUTIONS, INC., et al.,** | ) |
| Defendants. | ) |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Ronald Robinson and Defendant Experian Information Solutions, Inc. that pursuant to Fed. R. Civ. P. 41(a)(1)(ii), this action be dismissed with prejudice against that Defendant only by their undersigned counsel. Plaintiff dismisses his claims against Defendant Experian Information Solutions, Inc. only, as settled, with each party to bear their own costs incurred within.

| FRANCIS & MAILMAN, P.C. | JONES DAY |
|---|---|
| BY: _/s/ Geoffrey H. Baskerville_ | BY: _/s/ Kevin C. Meacham_ |
| GEOFFREY H. BASKERVILLE | KEVIN C. MEACHAM |
| Attorney for Plaintiff Ronald Robinson | Attorney for Defendant Experian Information Solutions, Inc. |
| Date: September 20, 2010 | Date: September 20, 2010 |

SO ORDERED:

Date: _____  SHERIDAN, U.S.D.J.