2010 OCT -5 AM 10: 37

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| RONALD ROBINSON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 8:10-cv-2102-T-33MAP |
| ) | |
| v. ) | |
| ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Pursuant to the September 28, 2010 Order entered by Judge Covington, the parties hereby submit this Stipulation of Dismissal in the above matter.

IT IS HEREBY STIPULATED AND AGREED, on this 28th day of September, 2010, by and between Plaintiff Ronald Robinson and the remaining Defendant Santander Consumer USA, Inc. that pursuant to Fed. R. Civ. P. 41(a)(1)(ii), this action be dismissed with prejudice against Defendant by their undersigned counsel. Plaintiff dismisses his claims against Defendant, as settled, with each party to bear their own costs incurred within.

It is agreed that this Stipulation can be executed with facsimile signatures.

| FRANCIS & MAILMAN, P.C. | REED SMITH LLP |
|---|---|
| BY: _____ | BY: _____ |
| GEOFFREY H. BASKERVILLE | RYAN L. DiCLEMENTE |
| Land Title Building, 19th Floor | Princeton Forrestall Village |
| 100 South Broad Street | 136 Main Street, Suite 250 |
| Philadelphia, PA 19110 | Princeton, NJ 08543-7839 |
| (215) 735-8600 | (609) 514-5951 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |